UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KHALIA HAYSLETT

                     Plaintiff,

            --against--

PETER GILLESPIE AND MALIN + GOETZ
WILLIAMSBURG LLC

                   Defendants.
-------------------------------------------------------------- X

Docket No. 1:24-CV-01842
(LDH) (JAM)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice against all Defendants and without costs, fees, or expenses.

Dated: September 23, 2024
New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____
Glen H. Parker, Esq.
Attorneys for Plaintiff
28 Valley Road
Montclair, New Jersey 07042
Tel 347-292-9042
ghp@parkerlawusa.com

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: _____
Laurie Belony, Esq.
Attorney for the Defendant
Malin+Goetz Williamsburg LLC
1290 Avenue of the Americas
New York, NY 10104-3300
T: +1 212 541 2135
laurie.belony@bclplaw.com